IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cv-01294-PAB-NYW | Date: June 25, 2020 | |
| Courtroom Deputy: | Anna Frank | FTR: NYW COURTROOM A-502* | |

| *Parties* | *Attorney(s)* |
|---|---|
| JESSICA A. SANTOS, | *Michael H. J. Born* |
| **Plaintiff,** **Counter Defendant,** | |
| v. | |
| MICHAEL KEELE, AUTO-OWNERS INSURANCE COMPANY, | *Gergory R. Giometti* |
| **Defendants,** **Counter Claimant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC FINAL PRETRIAL CONFERENCE**

Court in Session: 10:02 a.m.

Appearance of counsel. No one is present on behalf of Michael Keele.

Discussion held regarding a potential Default Judgment against Mr. Keele, as stated on the record.

Parties review the proposed Final Pretrial Order [64] filed June 18, 2020.

**ORDERED: On or before July 2, 2020, Plaintiff shall file an Amended Witness List to include the scope of testimony for both fact and expert witnesses. The scope of testimony shall be included for both will call and may call witnesses.**

**ORDERED:** On or before July 2, 2020, the parties shall file Amended Witness Lists providing the names of the individual(s) that will or may be called to testify, as stated on the record.

**ORDERED:** A Joint Status Report regarding any discovery related objections or issues to the Amended Witness Lists shall be filed by July 9, 2020.

**ORDERED:** Parties shall file Amended Exhibit Lists no later than July 2, 2020, consistent with the Court's direction.

A seven-day jury trial is set to commence on *__April 5, 2021__* at 8:00 a.m. before the Honorable Chief Judge Philip A. Brimmer, with a Trial Preparation Conference on *__March 19, 2021__* at 1:30 p.m. separate order to issue.

**ORDERED:**   The Final Pretrial Order [64] is approved and filed with the corrections made of record.

Court in Recess: 10:23 a.m.           Hearing concluded.           Total time in court: 00:21

*To order transcripts of hearings, please contact either AB Litigation Service. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.